**128 Benton St**
Springfield MA 01109
4 beds, 2.0 baths, 2,187 sq ft
Zestimate®: $145,000

My Estimate:

Monthly Payment: $ 865 edit

**Bird's Eye View**



See a

**Home Info**
**Public Facts:**
- Multi family
- 4 beds
- 2.0 bath
- 2,187 sqft
- Lot 4,480 sqft
- Built in 1905

**Neighborhood: Upper Hill**